1

2

3

4

5

6

7

8

9

10

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

11  | UNITED STATES OF AMERICA,

12  |            Plaintiff,

13  |

14  |            v.

15  | BRIAN EDWARD AUSTIN,

16  |            Defendant.

| ) Case No. SA CR 18-00192-JLS |
|---|
| ) ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

17

18       The defendant having been arrested in this District pursuant to a warrant issued by

19  the United States District Court for the Central District of California for alleged violations

20  of the terms and conditions of his supervised release; and

21       The Court having conducted a detention hearing pursuant to Federal Rule of

22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23       The Court finds that:

24  A. ( X ) The defendant has not met his burden of establishing by clear and convincing

25       evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This

26       finding is based on:

27       *Instant allegations and violation history indicate lack of amenability to supervision; no bail*

28       *resources*

1  and

2  B.  ( X ) The defendant has not met his burden of establishing by clear and convincing

3  evidence that he is not likely to pose a danger to the safety of any other person or the

4  community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

5  *Instant allegations and violation history indicate lack of amenability to supervision.*

6  IT THEREFORE IS ORDERED that the defendant be detained pending further

7  revocation proceedings.

8

9  Dated: ___9-24-2021___

10

11

12  DOUGLAS F. McCORMICK
   United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2